# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
### AMARILLO DIVISION

| | | |
|---|---|---|
| In re: SINOLA, LLC | § | Case No. 15-20319 |
| | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

Kent Ries, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: _$0.00_<br>*(without deducting any secured claims)* | Assets Exempt:  _N/A_ |
| Total Distribution to Claimants:$834,017.01 | Claims Discharged<br>Without Payment: _N/A_ |
| Total Expenses of Administration:$146,393.70 | |

3) Total gross receipts of $     980,410.71    (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $          0.00     (see **Exhibit 2** ), yielded net receipts of  $980,410.71 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $1,002,691.02 | $2,412,555.85 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 146,393.70 | 146,393.70 | 146,393.70 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 68,000.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 1,595,566.30 | 0.10 | 1,595,566.30 | 834,017.01 |
| **TOTAL DISBURSEMENTS** | $2,598,257.32 | $2,626,949.65 | $1,741,960.00 | $980,410.71 |

4) This case was originally filed under Chapter 11 on December 07, 2015 and it was converted to Chapter 7 on August 01, 2016. The case was pending for 39 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _11/15/2019_____    By: _/s/Kent Ries_____

                                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 — GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| BANK ACCOUNTS | 1129-000 | 13.39 |
| Lease payment to W Group Hold | 1129-000 | 50,000.00 |
| No. 14. Kingsridge Circle, Amarillo TX | 1110-000 | 4,900.00 |
| Workers Comenpensation refund | 1229-000 | 800.56 |
| Tax refund | 1224-000 | 2,478.16 |
| Preference recovery from Century Bank | 1241-000 | 90,000.00 |
| Hunter Fraudulent transfer/Preference litigation | 1241-000 | 832,218.60 |
| **TOTAL GROSS RECEIPTS** | | **$980,410.71** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 — FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 — SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | 4141 LLC | 4110-000 | 320,000.00 | 300,000.00 | 0.00 | 0.00 |
| 3S | Danny and Angela Poole | 4120-000 | N/A | 1,595,566.30 | 0.00 | 0.00 |
| 6 | Herring Bank | 4110-000 | 505,000.00 | 516,989.55 | 0.00 | 0.00 |
| NOTFILED | Berry Family Trust | 4110-000 | 177,691.02 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$1,002,691.02** | **$2,412,555.85** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| U.S. Trustee Quarterly Fees - U.S. Trustee (ADMINISTRATIVE) | 2950-000 | N/A | 1,300.00 | 1,300.00 | 1,300.00 |
| Attorney for Trustee Fees (Trustee Firm) - Law Office of Kent Ries | 3110-000 | N/A | 75,540.00 | 75,540.00 | 75,540.00 |
| Attorney for Trustee Expenses (Trustee Firm) - Law Office of Kent Ries | 3120-000 | N/A | 1,932.39 | 1,932.39 | 1,932.39 |
| Other - Mitch Carthel | 3210-600 | N/A | 11,828.00 | 11,828.00 | 11,828.00 |
| Trustee Compensation - Kent Ries | 2100-000 | N/A | 52,270.54 | 52,270.54 | 52,270.54 |
| Other - Lovelady, Christy & Associates | 3410-000 | N/A | 240.00 | 240.00 | 240.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 21.76 | 21.76 | 21.76 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 71.99 | 71.99 | 71.99 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 81.81 | 81.81 | 81.81 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 114.93 | 114.93 | 114.93 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 217.11 | 217.11 | 217.11 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Other - Byrnie Bass | 3721-000 | N/A | 3,000.00 | 3,000.00 | 3,000.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 210.00 | 210.00 | 210.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 105.95 | 105.95 | 105.95 |
| Other - Byrnie Bass | 3721-000 | N/A | -867.50 | -867.50 | -867.50 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 136.72 | 136.72 | 136.72 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $146,393.70 | $146,393.70 | $146,393.70 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | INTERNAL REVENUE SERVICE | 5800-000 | N/A | 34,000.00 | 0.00 | 0.00 |
| 4 | INTERNAL REVENUE SERVICE | 5800-000 | N/A | 34,000.00 | 0.00 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $68,000.00 | $0.00 | $0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3U | Danny and Angela Poole | 7100-000 | 1,595,566.30 | 0.10 | 1,595,566.30 | 834,017.01 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $1,595,566.30 | $0.10 | $1,595,566.30 | $834,017.01 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

| | | |
|---|---|---|
| **Case Number:** 15-20319 | **Trustee:** (631700) Kent Ries | |
| **Case Name:** SINOLA, LLC | **Filed (f) or Converted (c):** 08/01/16 (c) | |
| | **§341(a) Meeting Date:** 09/21/16 | |
| **Period Ending:** 11/15/19 | **Claims Bar Date:** 01/17/17 | |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | BANK ACCOUNTS | 13.39 | 13.39 | | 13.39 | FA |
| 2 | Lease payment to W Group Hold | 90,000.00 | 90,000.00 | | 50,000.00 | FA |
| 3 | Asset entered on error | 0.00 | 0.00 | | 0.00 | FA |
| 4 | 4 COMPUTERS<br>No value to equipment at conversion. | 0.00 | 0.00 | | 0.00 | FA |
| 5 | No. 14. Kingsridge Circle, Amarillo TX<br>Broker value at conversion | 500,000.00 | 0.00 | | 4,900.00 | FA |
| 6 | No. 9 Kingsridge Circle, Amarillo TX<br>Motion to lift stay entered prior to conversion. | 0.00 | 0.00 | | 0.00 | FA |
| 7 | Internet Domain Name<br>No value at conversion. | 0.00 | 0.00 | | 0.00 | FA |
| 8 | Workers Comenpensation refund  (u) | 0.00 | 0.00 | | 800.56 | FA |
| 9 | Tax refund  (u) | 0.00 | 0.00 | | 2,478.16 | FA |
| 10 | Preference recovery from Century Bank  (u) | 0.00 | 100,000.00 | | 90,000.00 | FA |
| 11 | Hunter Fraudulent transfer/Preference litigation  (u) | 0.00 | 750,000.00 | | 832,218.60 | FA |
| **11** | **Assets** Totals (Excluding unknown values) | **$590,013.39** | **$940,013.39** | | **$980,410.71** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    December 31, 2018    **Current Projected Date Of Final Report (TFR):**    August 21, 2019  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 15-20319 | **Trustee:** Kent Ries (631700) |
| **Case Name:** SINOLA, LLC | **Bank Name:** Mechanics Bank |
| | **Account:** ******5566 - Checking Account |
| **Taxpayer ID #:** **-***3416 | **Blanket Bond:** $300,000.00 (per case limit) |
| **Period Ending:** 11/15/19 | **Separate Bond:** N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 08/12/16 | {1} | Sinola, LLC | Bank account | 1129-000 | 13.39 | | 13.39 |
| 08/12/16 | {9} | U.S. Treasury | Tax refund | 1224-000 | 2,478.16 | | 2,491.55 |
| 08/30/16 | {8} | Texas Mutual | Workers Compensation refund | 1229-000 | 117.00 | | 2,608.55 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,598.55 |
| 09/22/16 | {8} | Texas Workforce Commission | Texas unemployment tax overpayment | 1229-000 | 683.56 | | 3,282.11 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,272.11 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,262.11 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,252.11 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,242.11 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,232.11 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,222.11 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,212.11 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,202.11 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,192.11 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,182.11 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,172.11 |
| 08/02/17 | {5} | Gabriela Benavides | Option Fee for #14 Kings Ridge | 1110-000 | 100.00 | | 3,272.11 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,262.11 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,252.11 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,242.11 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,232.11 |
| 12/04/17 | 101 | Kent Ries | Adversary filing fees | 3120-000 | | 1,050.00 | 2,182.11 |
| 12/21/17 | 102 | Law Office of Kent Ries | Adversary filing fees | 3120-000 | | 350.00 | 1,832.11 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,822.11 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,812.11 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,802.11 |
| 03/21/18 | {2} | Williams Financial Investments | Settlement of Adversary No. 17-2017; W Group Holdings | 1129-000 | 50,000.00 | | 51,802.11 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.76 | 51,780.35 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 71.99 | 51,708.36 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 81.81 | 51,626.55 |
| 06/18/18 | {10} | Wolfram Law Firm | Settlement of Century Bank adversary | 1241-000 | 90,000.00 | | 141,626.55 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 114.93 | 141,511.62 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 217.11 | 141,294.51 |
| 08/28/18 | 103 | Byrnie Bass | Mediator fee | 3721-000 | | 3,000.00 | 138,294.51 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 210.00 | 138,084.51 |
| 09/06/18 | {5} | Perry Bassett | Option Fee for #14 Kings Ridge | 1110-000 | 100.00 | | 138,184.51 |

| | | | Subtotals : | | $143,492.11 | $5,307.60 | |

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 15-20319 | Trustee: | Kent Ries (631700) |
| Case Name: | SINOLA, LLC | Bank Name: | Mechanics Bank |
| | | Account: | ******5566 - Checking Account |
| Taxpayer ID #: | **-***3416 | Blanket Bond: | $300,000.00  (per case limit) |
| Period Ending: | 11/15/19 | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 09/06/18 | {5} | Perry Bassett | Option Fee for #14 Kingsridge | 1110-000 | 100.00 | | 138,284.51 |
| 09/06/18 | {5} | Perry Bassett | Reversed Deposit 100008 1 Option Fee for #14 Kingsridge | 1110-000 | -100.00 | | 138,184.51 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 105.95 | 138,078.56 |
| 10/01/18 | {5} | Chicago Title | Closing proceeds for 14 Kingsridge | 1110-000 | 4,700.00 | | 142,778.56 |
| 10/17/18 | {11} | Roger Hunter | Settlement of Adversary No. 17-2020 | 1241-000 | 32,218.60 | | 174,997.16 |
| 10/19/18 | | Byrnie Bass | Partial refund of retainer | 3721-000 | | -867.50 | 175,864.66 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 136.72 | 175,727.94 |
| 11/15/18 | 104 | Mitch Carthel | Special Co-Counsel fees | 3210-600 | | 11,828.00 | 163,899.94 |
| 04/01/19 | {11} | Hunter Corp | Adversary settlement | 1241-000 | 550,000.00 | | 713,899.94 |
| 05/09/19 | 106 | Kent Ries | Attorney for Trustee Expenses | 3120-000 | | 442.40 | 713,457.54 |
| 05/10/19 | 105 | Kent Ries | Attorney for Trustee Compensation | 3110-000 | | 73,140.00 | 640,317.54 |
| 06/13/19 | 107 | U.S. Trustee (ADMINISTRATIVE) | Dividend paid 100.00% on $1,300.00, U.S. Trustee Quarterly Fees;  Reference: | 2950-000 | | 1,300.00 | 639,017.54 |
| 06/13/19 | 108 | Danny and Angela Poole | Dividend paid  24.98% on $1,595,566.30; Claim# 3U; Filed: $0.10; Reference: | 7100-000 | | 398,700.00 | 240,317.54 |
| 08/16/19 | {11} | Hunter Corp. | Fraudulent transfer/preference setlement | 1241-000 | 250,000.00 | | 490,317.54 |
| 10/29/19 | 109 | Law Office of Kent Ries | Dividend paid 100.00% on $75,540.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 2,400.00 | 487,917.54 |
| 10/29/19 | 110 | Law Office of Kent Ries | Dividend paid 100.00% on $1,932.39, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 89.99 | 487,827.55 |
| 10/29/19 | 111 | Kent Ries | Dividend paid 100.00% on $52,270.54, Trustee Compensation;  Reference: | 2100-000 | | 52,270.54 | 435,557.01 |
| 10/29/19 | 112 | Lovelady, Christy & Associates | Dividend paid 100.00% on $240.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 240.00 | 435,317.01 |
| 10/29/19 | 113 | Danny and Angela Poole | Dividend paid  52.27% on $1,595,566.30; Claim# 3U; Filed: $0.10; Reference: | 7100-000 | | 435,317.01 | 0.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | ACCOUNT TOTALS | | | 980,410.71 | 980,410.71 | $0.00 |
| | | Less: Bank Transfers | | | 0.00 | 0.00 | |
| | | Subtotal | | | 980,410.71 | 980,410.71 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | NET Receipts / Disbursements | | | $980,410.71 | $980,410.71 | |

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 15-20319 |
| Case Name: | SINOLA, LLC |
| | |
| Taxpayer ID #: | **-***3416 |
| Period Ending: | 11/15/19 |

| | |
|---|---|
| Trustee: | Kent Ries (631700) |
| Bank Name: | Mechanics Bank |
| Account: | ******5566 - Checking Account |
| Blanket Bond: | $300,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking # ******5566 | 980,410.71 | 980,410.71 | 0.00 |
| | $980,410.71 | $980,410.71 | $0.00 |

{} Asset reference(s)

Printed: 11/15/2019 03:18 PM   V.14.60